# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **WILLIAM E. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:11-cv-00119** |
| | ) | **Judge Sharp** |
| **v.** | ) | **Magistrate Judge Bryant** |
| | ) | |
| **W.C. WHITE individually and d/b/a** | ) | **Jury Demand** |
| **TENNESSEE MILLS and BARTLETT** | ) | |
| **MILLS, DAVID WHITE, and THOMAS** | ) | |
| **WHITE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant W.C. White's

Motion for Partial Judgment on the Pleadings (Docket Entry No. 18) is hereby GRANTED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE