IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

WILLIAM E. JOHNSON

    Plaintiff,

v.                                       DOCKET NO. 2:11-cv-00119
                                           JURY DEMAND
                                           Judge Sharp/Bryant

W.C. WHITE, individually and d/b/a
TENNESSEE MILLS and BARTLETT SAW MILLS;
DAVID WHITE, individually;
THOMAS WHITE, individually

    Defendants.

## **PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR DISCOVERY**

Comes the plaintiff, through counsel, and would respectfully request that the Court extend the deadline for discovery in this case. As grounds for this Motion, the court should consider the following:

1. In the initial case management order the deadline for discovery was determined to be September 15, 2012.

2. Co-counsel Robert Shockey has been unexpectedly called out of the State to deal with family matters.

3. Further, both counsel for the Plaintiff had been involved in a four day trial in the Hon. Kevin H. Sharp's court which has delayed preparation for depositions that have been scheduled in this case for September 13, 2012.

Based upon the above reasons, the plaintiff would respectfully request that the court continue the deadline for discovery until Friday, September 28, 2012. An extension for this period of time would not adversely affect the remaining deadlines in this case.

1