| | | |
|---|---|---|
| WILLIAM E. JOHNSON | ) | |
| | ) | |
| | ) | No. 2:11-0119 |
| v. | ) | Judge Sharp |
| | ) | |
| W. C. WHITE, et al., | ) | |
| | ) | |

**O R D E R**

At the parties request, the Court has scheduled a Settlement Conference with the Magistrate

Judge for February 20, 2013.

 The Jury Trial set to begin on March 5, 2013 is hereby continued to **Tuesday, April 16,**

**2013  beginning at 9:00 a.m.** The Final Pretrial Conference set for February 11, 2013 is continued

to  **Monday, April 1, 2013 at 1:30 p.m.**  The trial and pretrial conference will be held in Cookeville,

Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the

trial date.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE