UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. JOHNSON | ) | |
| | ) | |
| | ) | No. 2:11-0119 |
| v. | ) | Judge Sharp |
| | ) | |
| W. C. WHITE, et al., | ) | |
| | ) | |

**O R D E R**

At the parties request, the Court has scheduled a Settlement Conference with the Magistrate Judge for February 20, 2013.

The Jury Trial set to begin on March 5, 2013 is hereby continued to **Tuesday, April 16, 2013 beginning at 9:00 a.m.** The Final Pretrial Conference set for February 11, 2013 is continued to **Monday, April 1, 2013 at 1:30 p.m.** The trial and pretrial conference will be held in Cookeville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE