ORDER:
motion granted.
John Bryant,
USMJ

IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. JOHNSON,<br>  Plaintiff, | )<br>)<br>) | No. 2:11-cv-00119<br>JURY DEMAND |
| v. | )<br>) | Judge Sharp/Byrant |
| W.C. WHITE, ET. EL.,<br>  Defendant. | )<br>)<br>) | |

## MOTION FOR COUNSEL TO PARTICIPATE
## IN THE SETTLEMENT CONFERENCE BY TELEPHONE

**COMES NOW** the Defendant, David White, and would move this Honorable Court for leave to allow his attorney, Michael R. Giaimo, do participate in the upcoming settlement conference by telephone. In support of the foregoing, the Defendant would rely upon the attached affidavit of counsel *in haec verba*.

**WHEREFORE PREMISES CONSIDERED** the Defendant would move this Honorable Court to excuse his attorney of record, Michael R. Giaimo, from being physically present at the upcoming settlement conference, and to allow him to participate by telephone if necessary.

**RESPECTFULLY SUBMITTED** this the 7th day of **February, 2013**.

DAVID WHITE

By: /s Michael R. Giaimo
Michael R. Giaimo, BPR#019394
Attorney for Defendant David White
204 N. Washington Avenue
Cookeville, Tennessee 38501
(931) 372-7515