UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

```
WILLIAM E. JOHNSON,            )
                               )
     Plaintiff,                )
                               )
          v.                   )   NO.  2:11-0119
                               )   Judge Sharp/Bryant
W. C. WHITE, et al.,           )   Jury Demand
                               )
     Defendants.               )
```

**O R D E R**

A settlement conference was held with the parties on February 20, 2013. The parties and their respective representatives met, negotiated in good faith, and agreed to a settlement of all claims in this matter, the terms of which shall remain confidential.

Upon consummation of their settlement and, in any event by **March 6, 2013**, the parties shall file a stipulation and proposed order of dismissal.

The Clerk shall return the file to the District Judge pending filing of the parties' stipulation and proposed order.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge